UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:15-CR-203-1BO
Civil No. 5:16-CV-951-BO

JOHN FOREST ELLINGTON,           )
                                 )
              Petitioner,        )
                                 )
    v.                           )            ORDER
                                 )
UNITED STATES OF AMERICA,        )
                                 )
              Respondent.        )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

SO ORDERED. This _30_ day of December, 2016.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE